```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 26141
    GAIL JAMES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6100


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/14/04 and confirmed on 12/03/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  23900.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED | 2712.56 | 1240.89 | 2712.56 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2985.20 | .00 | 724.89 |
| BECKET & LEE LLP | UNSECURED | 13820.49 | .00 | 3355.98 |
| ROUNDUP FUNDING LLC | UNSECURED | 4352.97 | .00 | 1057.02 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3133.76 | .00 | 760.96 |
| CARD SERVICE CENTER | UNSECURED | 8017.23 | .00 | 1946.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6261.65 | .00 | 1520.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3945.33 | .00 | 958.03 |
| CINGULAR WIRELESS | UNSECURED | 617.04 | .00 | 149.83 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD F RUBY | UNSECURED | 3296.54 | .00 | 800.49 |
| ROLAND DUNGY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10469.71 | .00 | 2542.32 |
| EARLINE HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1728.66 | .00 | 1728.66 |
| LAKE COUNTY TREASURER | UNSECURED | 573.10 | .00 | 139.16 |
| AMERICREDIT FINANCIAL | UNSECURED | 2938.43 | .00 | 713.53 |
| INTERNAL REVENUE SERVICE | UNSECURED | 27.11 | .00 | 6.58 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 2712.56 | 1728.66 | 60438.56 | .00 | 64879.78 |
| PRINCIPAL PAID | 2712.56 | 1728.66 | 14676.08 | .00 | 19117.30 |
| INTEREST PAID | 1240.89 | .00 | .00 | .00 | 1240.89 |
| TOTAL PAID | 3953.45 | 1728.66 | 14676.08 | .00 | 20358.19 |

The Debtor's attorney, RICHARD F RUBY            , was allowed $   2700.00 and was paid $     194.00  direct and $   2506.00  through the plan.

The Trustee received $   1035.81 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


      Dated: 05/21/08                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                                    PAGE   2
           CASE NO. 04 B 26141 GAIL JAMES